UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
United States of America,

                       Plaintiff,                17 MAG 2950 (MRG)

     - against -                           JUDGMENT

David Brzywczy,

                       Defendant.
------------------------------------------------------------X

       The issues in the above entitled action having been brought before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court, on April 20, 2017, having accepted the Defendant's plea of Guilty to Unlicensed Operation §509.1 of the New York State Vehicle and Traffic Laws assimilated under the Federal Statutes in full satisfaction of the Misdemeanor Complaint filed on April 20, 2017; it is

       ORDERED, ADJUDGED AND DECREED The Defendant is sentenced to pay a fine in the amount of $100.00 to be paid to the U.S. District Court in White Plains, New York by May 23, 2017, or else appear in the U.S. District Court, Poughkeepsie, New York on May 24, 2017 at 9:00 AM.

Dated:   April 20, 2017
             Poughkeepsie, NY

                                                    SO ORDERED:

                                                    Hon. Martin R. Goldberg
                                                    United States Magistrate Judge